JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDI RUSH, | CASE NO. 2:12-CV-4145-SVW (Ex) |
| Plaintiff, | ORDER REMOVING CASE FROM ACTIVE CASELOAD |
| v. | |
| FOOTHILL-PACIFIC VENTURE I; PACIFIC DEVELOPMENT GROUP, | |
| Defendants. | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 60 days, to request a status conference be scheduled if settlement is not consummated. The Court also VACATES the trial set for November 20, 2012.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: November 15, 2012

THE HON. STEPHEN V. WILSON
United States District Judge